IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **RASHEEDA SWAIN,**<br><br>       Plaintiff,<br><br>v.<br><br>**VALDOSTA CITY SCHOOL DISTRICT, SUPERINTENDENT DR. WILLIAM O. CASON, individually; and PRINCIPAL RUFUS McDUFFIE, individually**,<br><br>       Defendants. | Civil Action No. 7:12-CV-146 (HL) |

## ORDER

This case is before the Court on the parties' Joint Motion for Stay of Case Deadlines (Doc. 24). On August 29, 2013, the Court held a telephonic hearing on the motion. As stated at the completion of the hearing, the motion is granted in part, and denied in part, as outlined below.

1.     The time for discovery in this case will expire on October 28, 2013. Should the parties decide to mediate the case, the mediation must be completed by October 28, 2013. The parties are ordered to report back to the Court in writing within five days following any mediation as to whether the case is resolved.

With respect to the extended discovery period, no discovery request may be served unless the response to the request can be completed within the time specified by the rules and within the discovery period.

Except by written consent of the parties first filed with the Court, no deposition shall be scheduled beyond the discovery period.

2.  The deadline for the parties to file motions to join parties or amend the pleadings expired on July 31, 2013. The Court will not reopen and extend this deadline.

3.  As no expert witnesses have been designated in this case and the time to do so has passed, no new <u>Daubert</u> deadline will be set.

4.  All dispositive motions must be filed on or before November 27, 2013.

5.  The parties are put on notice that the Court will not extend any of these dates again.

All other provisions contained in the Court's discovery orders entered on January 8, 2013 and April 23, 2013 remain in effect.

**SO ORDERED**, this the 30th day of August, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh