# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **RASHEEDA SWAIN,** | **Plaintiff** &#124; | Civil Action No. |
| | &#124; | |
| **vs.** | &#124; | **7:12-CV-146-HL** |
| | &#124; | |
| **VALDOSTA CITY SCHOOL DISTRICT** | **Defendants** &#124; | |
| **SUPERINTENDENT DR. WILLIAM O. CASON** | **and** &#124; | |
| **PRINCIPAL RUFUS McDUFFIE** | &#124; | |

## ORDER of DISMISSAL WITH PREJUDICE

Pursuant to *Rule 41* of the *Federal Rules of Civil Procedure*, Plaintiff, **RASHEEDA SWAIN** ("Plaintiff"), by and through undersigned counsel, and Defendants, **VALDOSTA CITY SCHOOL DISTRICT** ("Defendant District" or "VCSD"), **SUPERINTENDENT DR. WILLIAM O. CASON,** and **PRINCIPAL RUFUS McDUFFIE** (collectively "Defendants") have jointly moved this Court for an Order dismissing the above case with prejudice.

The Court has considered the Motion and finds that good cause exists to grant it. Accordingly,

**IT IS ORDERED** that the above-styled case is **DISMISSED WITH PREJUDICE** as to all causes of action lodged by Plaintiff against all Defendants.

**IT IS FURTHER ORDERED** that any non-renewal of Plaintiff by Defendant District is vacated, and Plaintiff's personnel file as maintained by Defendant District from the date of this Order forward shall reflect that on March 28, 2012, Plaintiff resigned from her

Dismissal Order
Swain vs. Valdosta City School District, et al
U.S. District Court, MDGa., Valdosta Div., Case No. 7:12-CV-146

Page 1 of 2

employment with Defendant District, effective the end of the 2011-2012 Valdosta City School District school year.

ORDERED, this day, ___November 15___, 2013.


___/s/ Hugh Lawson___

Senior Judge, U.S. District Ct., M.D.Ga.


Consented to:

GOODMARK LAW FIRM
*/s/ CRAIG GOODMARK*
By:      CRAIG GOODMARK
          Georgia Bar No. 301428
209 B Swanton Way
Decatur, Georgia 30030
Tel:   404.719.4848
Email: cgoodmark@gmail.com

ZIMRING LAW FIRM
*/s/ JONATHAN ZIMRING*
By:      JONATHAN ZIMRING
          Georgia Bar No. 785250
1649 North Decatur Road, NE
Atlanta, Georgia 30307
Tel: 404.607.1600
Email: zimring@zlawyers.com

BOTH ABOVE COUNSEL FOR PLAINTIFF

GANNAM, GNANN & STEINMETZ, LLC

By:      CHRISTIAN J. STEINMETZ III
          Georgia Bar No. 278260
Post Office Box 10085
Savannah, Georgia 31412-0285
Tel:   912.232.1192
Email: cjs@ggsattorneys.com

COUNSEL FOR DEFENDANTS

Dismissal Order
Swain vs. Valdosta City School District, et al
U.S. District Court, MDGa., Valdosta Div., Case No. 7:12-CV-146

Page 2 of 2